# Order

Michigan Supreme Court
Lansing, Michigan

July 26, 2016

150507

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CORNELL DANTE FRANK,
      Defendant-Appellant.

SC: 150507
COA: 322218
Kalamazoo CC: 2005-000087-FC

_____/

      On order of the Court, the application for leave to appeal the October 9, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2016



Clerk

t0718